## No. 14, 238.

COMETA *v.* INDUSTRIAL COMMISSION ET AL.
(73 P. [2d] 1408')

Decided November 22, 1937.

Judgment affirmed en banc without written opinion.

Mr. J. H. RICHARD, for plaintiff in error.

Mr. BYRON G. ROGERS, Attorney General, Mr. LOUIS SCHIFF, Assistant, Mr. FRANK C. WEST, for defendants in error.